reargument denied, with ten dollars costs, and motion for stay granted upon appellant's filing the undertaking required by section 593 of the Civil Practice Act. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

ARTHUR H. LAMBORN and Others v. FEDERAL SUGAR REFINING COMPANY.— Motion denied, with ten dollars costs. Present — Dowling, P. J., Merrell, Finch, McAvoy and O'Malley, JJ.

WILLIAM M. WALKER v. SAMUEL S. STEIN and Another, Individually and as Surviving Partners, etc.— Motion denied, with ten dollars costs. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

ELEANOR GENEVIEVE CASSEBEER v. HENRY ARTHUR CASSEBEER.— Motion denied, with ten dollars costs. Present — Dowling, P. J., Merrell, Finch, McAvoy and O'Malley, JJ.

NORDEN COMPANY, INC., v. LIBBY'S HOTEL CORPORATION and Others.— Motion denied, with ten dollars costs. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

DANIEL J. LEARY and Another v. NEW YORK CENTRAL RAILROAD COMPANY.— Motion denied, with ten dollars costs. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

40TH ST. & PARK AVE., INC., v. AUSTEN G. FOX and Others, Impleaded, etc.— Motion denied, with ten dollars costs. Present — Dowling, P. J., Merrell, McAvoy, Martin and O'Malley, JJ.

In the Matter of the Application of JOSEPH F. STILLMAN and Others against THE BOARD OF STANDARDS AND APPEALS OF THE CITY OF NEW YORK, etc., and Others.— Motion denied, with ten dollars costs. Present — Dowling, P. J., Merrell, Martin, O'Malley and Proskauer, JJ.

LUCY GAROFALO and Another, as Administrators, etc., of the Estate of BASTIANO GAROFALO v. M. PATANE Co., INC., and Others.— Motion denied, with ten dollars costs. Present — Dowling, P. J., Merrell, Martin, O'Malley and Proskauer, JJ.

LUCY GAROFALO and Another, as Administrators, etc., of the Estate of BASTIANO GAROFALO v. M. PATANE Co., INC., and Others.— Motion denied, with ten dollars costs. Present — Dowling, P. J., Merrell, Martin, O'Malley and Proskauer, JJ.

In the Matter of LAWRENCE P. MINGEY, an Attorney.— Motion denied. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

MAX GUTTMAN v. JOSEPH J. HARRIS and Another.— Motion denied, with ten dollars costs. Present — Dowling, P. J., Merrell, Martin and O'Malley, JJ.

GASTON & COMPANY, INC., v. ALL RUSSIAN ZEMSKY UNION.— Motion denied, with ten dollars costs. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

ADRICO REALTY CORPORATION v. THE CITY OF NEW YORK.— Motion denied, with ten dollars costs. Present — Dowling, P. J., Merrell, Finch, McAvoy and O'Malley, JJ.

SAMUEL DROSHNICOP v. BANCO DI ROMA, Impleaded, etc.— Motion granted. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

MOSES H. HARRIS v. THE BEDELL COMPANY and Another.— Preference granted for January 10, 1928. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

G. ALBERT ZIMMERMANN, Agent for SOPHIA ZIMMERMANN, v. OUGHT HOLDING CORPORATION.— Motion granted so far as to direct the attorneys for the plaintiff